No. 76–6169. MELICKIAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6195. NOLAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–6208. CHANDLER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–6312. McMAHAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–6330. RODRIGUEZ *v.* AARON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 76–6339. SMITH *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 76–6342. BURAS *v.* COATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–6344. NELSON *v.* MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 76–6345. CLARK *v.* RODRIGUEZ ET AL. C. A. 10th Cir. Certiorari denied.

No. 76–6349. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certeriorari denied.

No. 76–6351. MANSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–6356. VICTORS, AKA VITORATOS *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 76–6358. FRANKEL *v.* AMERICAN EXPORT-ISBRANDTSEN LINES, INC. C. A. 2d Cir. Certiorari denied.

No. 76–6360. WATSON *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.